

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00093-CR

**TYLER CLAY,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2017-1854-C2**

# O R D E R

Appellant Tyler Clay's first motion for extension of time to file brief is granted in

part today.  The brief is due by **Tuesday, September 3, 2019**.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Order issued and filed July 17, 2019
RWR

